STATE OF MINNESOTA      ) <u>UNDER SEAL</u>

                                        ) ss. AFFIDAVIT OF ZOEE BRUBAKER JORGENSON

COUNTY OF WASHINGTON     ) Case No. 25-mj-735 (JFD)

1.     I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI) and have been so employed since November 2020. I have worked primarily in the HSI St. Paul office after completing a twenty-four-week training course at the Federal Law Enforcement Training Center in Brunswick, Georgia. In my capacity as a Special Agent, I have worked as the lead agent and participated in investigations related to Title 8, Title 18 and Title 21 violations of United States laws. Pertaining to Title 8 violations, I am familiar with determining alienage, removability, and immigration violations based on the Immigration and Nationality Act.

2.     This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Kira Milany ROMERO-PINTO for improper entry of an alien, in violation of Title 8, United States Code, Section 1325(a), and for failure to notify of a change of address as required by 8 U.S.C. § 1305, in violation of Title 8, United States Code, Section 1306(b).

3.     This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review

of reports, written materials, and recordings. This affidavit does not include all the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

### PROBABLE CAUSE

4. The defendant is a native and citizen of Honduras. In February 2005, the defendant was encountered by immigration authorities shortly after she entered the United States unlawfully, having eluded inspection at the United States/Mexico border by crossing through the Rio Grande River at a place other than designated by immigration officials. She admitted having just entered the United States and provided an address in Houston, Texas, where she would be residing. She was personally served with a Notice to Appear before an Immigration Judge to determine whether she had any lawful basis to remain in the United States and was released pending those proceedings. However, the defendant failed to appear for her hearing as required and was ordered removed in her absence on August 8, 2005.

5. On or about October 1, 2025, a state and local investigation related to fraud and theft positively identified the defendant as living in Lake Elmo, Minnesota.

6. A review of immigration databases and the defendant's A-file shows that the defendant has not provided written notice of her change of address to the Attorney General as required.

7.     Based on the information set forth above, there is probable cause to believe that the defendant Kira Milany ROMERO-PINTO, violated Title 8, United States Code, Section 1325(a), by eluding inspection upon her entry into the United States, and Title 8, United States Code, Section 1306(b), by failing to give written notice to the Attorney General of a change of her address within ten days from the date of such change, as required by 8 U.S.C. § 1305.

Further your Affiant sayeth not.


_____
Zoee Brubaker Jorgenson
Special Agent, HSI


SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
Date:  October 29, 2025


_____
THE HON. JOHN F. DOCHERTY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA


3